ZEICHNER ELLMAN & KRAUSE LLP
Nathan Schwed
Bryan D. Leinbach
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Defendant*
*Bank of America, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 13 |
| Carolle Bordes | Case No.: 09-24257 (RDD) |
| Carolle Bordes,<br><br>       Plaintiff,<br><br> - against -<br><br>Bank of America, N.A.,<br><br>       Defendant. | Adv. Pro. No.: 10-08216 (RDD) |

## JOINT DISCOVERY CONTROL PLAN

The parties in the above captioned adversary proceeding file this Joint Discovery Control Plan in accordance with the Court's direction at the initial pretrial conference on April 16, 2010 and respectfully state as follows:

  1. (A) The parties will serve Rule 26 Disclosures by May 4, 2010.

    (B) The parties have presently not determined whether they shall employ expert witnesses. However, each party has reserved their respective rights to call expert witnesses.

    (C) The parties have agreed that all discovery shall be completed on or before July 15, 2010.

(D) The parties estimate that they shall require one day to present their evidence, and argument at trial.

(E) Pursuant to the Court's direction, the parties will contact chambers and request a trial date on or around August 15, 2010

(F) Pursuant to the Court's direction, all motions for summary judgment shall be made by August 1, 2010.

| | |
|---|---|
| LAW OFFICE OF BLEICHMAN & KLEIN<br>Attorneys for Plaintiff | ZEICHNER ELLMAN & KRAUSE LLP<br>Attorneys for Defendant |
| By: /s/Joshua N. Bleichman<br>　　Joshua N. Bleichman<br>　　268 Route 59<br>　　Spring Valley, New York 10977<br>　　(845) 425-2510 | By: /s/Nathan Schwed<br>　　Nathan Schwed<br>　　Bryan D. Leinbach<br>　　575 Lexington Avenue<br>　　New York, New York 10022<br>　　(212) 223-0400 |

SO ORDERED
THIS 3d DAY OF May, 2010


/s/ Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge